Entered: September 30th, 2025
Signed: September 30th, 2025

**DENIED**

The Court dismissed this case more than a month ago because the Debtor failed to file documents required by the Bankruptcy Code, and the Debtor still has not filed any of the required documents. Therefore, the motion to reopen is denied.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25–16520 – MCR**   Chapter: **13**

**Foday Mohamed Sesay Sr**
Debtor

## ORDER REOPENING CASE
## TO PERMIT DEBTOR TO
## COMPLETE ADMINISTRATION OF CASE

Upon consideration of Debtor's motion to reopen the above-captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor to complete administration of case, and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor has not initiated such action by filing a pleading herein on or before thirty (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor
       Attorney for Debtor – PRO SE
       Case Trustee – Rebecca A. Herr

**End of Order**

31x02 (rev. 10/02/1997) – BA